UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-25604 |
| Sarah A Feldman | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION**

Having read the MOTION TO AUTHORIZE LOAN MODIFICATION, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor, Sarah A Feldman, is authorized to modify the mortgage loan securing her real property located at 210 Glasgow Lane, Unit V2 Schaumburg, IL 60194 according to the following terms:
Loan Amount not to exceed: $127,743.48
Loan term: 360 months
Loan Rate: 3.750%
Loan Payment: $945.42

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  April 06, 2017

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600